**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00060-CR

—————————————

**VAN WATSON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 699312**

---

## MEMORANDUM OPINION

Appellant, Van Watson, Jr., pleaded guilty to the felony offense of aggravated sexual assault of a child and the trial court sentenced appellant to thirty years' confinement. *See* TEX. PENAL CODE ANN. § 22.021 (West Supp. 2013); *see also In re Watson*, No. 01-11-00626-CR, 2011 WL 3820953, at *1 (Tex. App.—

Houston [1st Dist.] Aug. 25, 2011, orig. proceeding) (mem. op., not designated for publication) (noting that appellant was convicted of felony offense of sexual assault of a child). Appellant later filed a "motion for nunc pro tunc to correct judgment and sentence." The trial court denied the motion and appellant now attempts to appeal from the trial court's order denying his motion for judgment nunc pro tunc. We dismiss the appeal.

The denial of a motion for judgment nunc pro tunc is not an appealable order. *See Lozano v. State*, No. 01-13-00180-CR, 2013 WL 2106570, at *1 (Tex. App.—Houston [1st Dist.] May 14, 2013, no pet.) (mem. op., not designated for publication); *Zelaya v. State*, Nos. 01-11-00977-CR, 01-11-00978-CR, 01-11-00979-CR, 2013 WL 127439, at *1 (Tex. App.—Houston [1st Dist.] Jan. 10, 2013, no pet.) (mem. op., not designated for publication); *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).